FILED
MAY - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fuentes-Fernandez & Company, PSC;
Joseph Fuentes CPA

      Plaintiff
vs

Caballero & Castellanos, PL; ABC Insurance
Co.; Mr. Orlando Rodriguez; Mr. Jonathan Cruz;
and Mr. Juan Rivera

      Defendant

Case: 1:07-cv-00846
Assigned To : Leon, Richard J.
Assign. Date : 5/8/2007
Description: Contract

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NONE__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

TX00043
BAR IDENTIFICATION NO.

Alfredo Castellanos
Print Name

161 San Jorge St., Suite 401
Address

San Juan, PR 00911
City   State   Zip Code

787-641-8447
Phone Number