

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fuentes-Fernandez & Company, PSC;
Joseph Fuentes CPA

**SUMMONS IN A CIVIL CASE**

V.

Caballero & Castellanos, PL; ABC Insurance Co.; Mr. Orlando Rodriguez; Mr. Jonathan Cruz; and Mr. Juan Rivera

CASE N[ ]

Case: 1:07-cv-00846
Assigned To : Leon, Richard J.
Assign. Date : 5/8/2007
Description: Contract

TO: (Name and address of Defendant)

Mr. Jonathan Cruz
3734 Loyola Dr., 359N
Kenner, Louisiana 70065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfredo Castellanos
161 San Jorge St., Suite 401
San Juan, PR 00911
Tel: 787-641-8447

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY - 8 2007
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | WEDNESDAY, MAY 16, 2007 |
| NAME OF SERVER (PRINT) RYAN WILLIS | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3734 LOYOLA DRIVE #359 N KENNER, LOUISIANA 70065 7:12 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 16, 2007    _[signature]_
             Date             Signature of Server

Address of Server

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-9801
(225) 275-0796 FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fuentes-Fernandez & Company, PSC;
Joseph Fuentes CPA

**SUMMONS IN A CIVIL CASE**

V.

Caballero & Castellanos, PL; ABC Insurance
Co.; Mr. Orlando Rodriguez; Mr. Jonathan
Cruz; and Mr. Juan Rivera

Case: 1:07-cv-00846
Assigned To : Leon, Richard J.
Assign. Date : 5/8/2007
Description: Contract

TO: (Name and address of Defendant)

Mr. Juan Rivera
3616 Loyola Dr., 271S
Kenner, Louisiana 70065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfredo Castellanos
161 San Jorge St., Suite 401
San Juan, PR 00911
Tel: 787-641-8447

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY - 8 2007
CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | WEDNESDAY, MAY 16, 2007 |
| NAME OF SERVER (PRINT) RYAN COLLINS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: (WIFE) JESSICA RIVERA 4:23 pm

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 16, 2007     _[signature]_
                Date              Signature of Server

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Fuentes-Fernandez & Company, PSC;
Joseph Fuentes CPA

**SUMMONS IN A CIVIL CASE**

V.

Caballero & Castellanos, PL; ABC Insurance
Co.; Mr. Orlando Rodriguez; Mr. Jonathan
Cruz; and Mr. Juan Rivera

Case: 1:07-cv-00846
Assigned To : Leon, Richard J.
Assign. Date : 5/8/2007
Description: Contract

TO: (Name and address of Defendant)

Mr. Orlando Rodriguez
3734 Loyola Dr., 260N
Kenner, Louisiana 70065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfredo Castellanos
161 San Jorge St., Suite 401
San Juan, PR 00911
Tel: 787-641-8447

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAY - 8 2007
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | WEDNESDAY, MAY 16, 07 |
| NAME OF SERVER (PRINT) RYAN WILLIS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 3734 LOYOLA DR. #260 N KENNER, LOUISIANA 70065   7:10 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 16, 2007    [signature]
             Date             Signature of Server

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0801
(225) 275-0796 FAX (225) 272-3631
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.