## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:07-CV-00846

Plaintiff:
**FUENTES-FERNANDEZ & COMPANY, PSC, JOSEPH FUENTES CPA.,**

vs.

Defendant:
**CABALLERO & CASTELLANOS, PL, ET AL.,**

For:
FUENTES FERNANDEZ & COMPANY, P.S.C.,
1001 Connecticut Ave. N.W.
Suite 300
Washington, DC 20036

Received by FLORIDA PROCESS SERVICE, INC. on the **11th day of May, 2007** at **11:57 am** to be served on **CABALLERO & CASTELLANOS PL, 13055 S.W. 21st STREET MIRAMAR, FL. 33027.**

I, Albert Arriera, being duly sworn, depose and say that on the **11th day of May, 2007** at **12:00 pm,** I:

**SERVED** the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me to **NESTOR CABALLERO** as **OWNER** of the within named corporation, in compliance with F.S. 48.081.(1)(a)(b)(c)(d)(2)(3)

**Additional Information pertaining to this Service:**
SERVED AT A 2ND ADDRESS 4649 PONCE DE LEON BOULEVARD, CORAL GABLES, FL

I am over the age of eighteen, and have no interest in the the above action.

_____
Albert Arriera

Subscribed and Sworn to before me on the 1st day of June, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC


Radames Domenech
My Commission DD226328
Expires July 15, 2007

FLORIDA PROCESS SERVICE, INC.
P.O. Box 013366
Miami, FL 33101-3366
(305) 371-9900

Our Job Serial Number: 2007003217

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j