IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC; <br><br> Joseph Fuentes CPA <br><br> Plaintiffs <br><br> V. <br><br> Caballero & Castellanos, PL; ABC Insurance Co.; Mr. Orlando Rodríguez; Mr. Jonathan Cruz; and Juan Rivera <br><br> Defendants | Civil Action No.: <br> 1:07-cv-00846  RJL |

### CERTIFICATE OF REPRESENTATION WITHOUT COMPENSATION

Pursuant to Local Rule LCvR 83.2 (g), I hereby certify that I am handling this case without a fee.

Respectfully submitted,

*[signature]*

Gerald Antonio Rovelo
District of Columbia Bar No. 471798
915 Brockenbraugh Court
Metairie, Louisiana 70005-1603
Tel.: 504-754-2379
Fax: 504-754-2440
Email: garovelo@cox.net
Attorney for: Defendants