IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**  Plaintiffs  V.  **Caballero & Castellanos, PL; ABC Insurance Co.; Mr. Orlando Rodriguez; Mr. Jonathan Cruz; and Mr. Juan Rivera.**  Defendants | CIVIL NO:  BREACH OF CONTRACT AND TORTS  PLAINTIFFS DEMAND JURY TRIAL |

## MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS

**TO THE HONORABLE COURT AND THE CLERK'S OFFICE:**

  **COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

1. On June 4th, 2007, Plaintiffs were served with a copy of Defendants' "MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE SUBJECT MATTER, FOR LACK OF JURISDICTION OVER THE PERSON, FOR IMPROPER VENUE, AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED".

2. That according to Local Civil Rule 7(b), the appearing parties have eleven (11) days from the date of service to file the corresponding response. The same is due on June 15th, 2007.

1

3.  That in order to adequately prepare the corresponding response in opposition, the appearing parties request an enlargement of time of 20 days, until July 5th, 2007, to adequately file said motion in opposition.

4.  In support of this request, the undersigned asks this Court to take into account in considering the concession of the requested enlargement, that the litigation in Case No. 07-1482 filed in the District Court for the District of Puerto Rico for a preliminary injunction and request for temporary restraining order requires the undersigned to prepare for an emergency hearing, and that other professional commitments outside the jurisdiction of Puerto Rico will require him to be absent for at least one week.

5.  That pursuant to Local Civil Rules, counsel for all parties have conferred over the present request and do not object to the same.

6.  The appearing parties sincerely believe that the granting of the present motion will not prejudice in any way the parties, this Honorable Court or the proceedings at hand.

**WHEREFORE**, the appearing party respectfully request that this Honorable Court grant the enlargement of time of 20 days, until July 5th, 2007, to adequately file said motion in opposition and that the granting of the presently sought remedy will not prejudice the proceedings at hand in any way.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13th day of June of 2007.

s/Alfredo Castellanos
USDCPR 208005
Castellanos & Castellanos Law Firm, P.S.C.
161 San Jorge St., Suite 401
San Juan, PR  00911
Tel: 787-641-8447  Fax: 787-641-8450
alfredo@castellanoslawfirm.com
*Counsel for Plaintiffs*