IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**  Plaintiffs  V.  **Caballero & Castellanos, PL; ABC Insurance Co.; Mr. Orlando Rodriguez; Mr. Jonathan Cruz; and Mr. Juan Rivera.**  Defendants | CIVIL NO: 07-00846 (RL)  BREACH OF CONTRACT AND TORTS  PLAINTIFFS DEMAND JURY TRIAL |

## MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)

**TO THE HONORABLE COURT AND THE CLERK'S OFFICE:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

That pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs notify this Court that it is voluntary dismissing its respective causes of action in the present case, without prejudice, **against Co-defendant ABC Insurance Co.**.

**WHEREFORE,** the appearing Plaintiffs request that the Honorable Court take notice of the above and that the corresponding Judgment without prejudice be entered **against Co-defendant ABC Insurance Co.** by this Court.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27th day of June of 2007.

1

2

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

**s/Alfredo Castellanos**
USDCPR 208005
Castellanos & Castellanos Law Firm, P.S.C.
161 San Jorge St., Suite 401
San Juan, PR  00911
Tel: 787-641-8447  Fax: 787-641-8450
alfredo@castellanoslawfirm.com
*Counsel for Plaintiffs*

2