IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**  Plaintiffs  V.  **Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**  Defendants | CIVIL NO: 07-00846 (RL)  BREACH OF CONTRACT AND TORTS  PLAINTIFFS DEMAND JURY TRIAL |

## NOTICE TO THE COURT REGARDING DISCOVERY MATTERS AND COUNSELS' DUTY TO CONFER PURSUANT TO LOCAL RULE 16.3

**TO THE HONORABLE COURT:**

    **COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

1. The parties inform this Honorable Court that they have complied with Local Rule 16.3(c) and have conferred to outline the written report to be filed regarding discovery in the present case.

2. Notwithstanding Local Rule 16.3(d), which states that not later than 14 days after said conference the parties must file a written report outlining the discovery plan discussed, counsel for Defendants has requested Plaintiffs that said report be filed seven (7) days after he returns from his yearly vacation on July 14th, 2007.

3. That Plaintiffs do not oppose said request.

2

4.  That consequently, said written report will be jointly filed on July 23rd, 2007, unless this Court rules otherwise.

**WHEREFORE,** the appearing Plaintiffs request that the Honorable Court take notice of the above for all relevant purposes.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27th day of June of 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

> **s/Alfredo Castellanos**
> USDCPR 208005
> Castellanos & Castellanos Law Firm, P.S.C.
> 161 San Jorge St., Suite 401
> San Juan, PR  00911
> Tel: 787-641-8447  Fax: 787-641-8450
> alfredo@castellanoslawfirm.com
> *Counsel for Plaintiffs*

2