IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>Plaintiffs<br><br> **V.**<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

## MOTION FOR EXTENSION OF TIME TO FILE WRITTEN REPORT PURSUANT TO LOCAL RULE 16.3(d)

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

1. The parties inform this Honorable Court that they have complied with Local Rule 16.3(c) and have conferred to outline the joint written report to be filed regarding discovery in the present case.

2. Notwithstanding Local Rule 16.3(d), which states that not later than 14 days after said conference the parties must file a joint written report outlining the discovery plan discussed, counsel for Defendants has requested Plaintiffs that said report be filed seven (7) days after he returns from his yearly vacation on July 14th, 2007.

3. That Plaintiffs do not oppose said request.

1

4. That consequently, said written report will be jointly filed on July 23rd, 2007, unless this Court rules otherwise.

**WHEREFORE,** the appearing Plaintiffs request that this Honorable Court take notice of the above and grant until July 23rd, 2007, to file a joint written report outlining the discovery plan agreed between the parties in the present case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 28th day of June of 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

**s/Alfredo Castellanos**
USDCPR 208005
Castellanos & Castellanos Law Firm, P.S.C.
161 San Jorge St., Suite 401
San Juan, PR  00911
Tel: 787-641-8447  Fax: 787-641-8450
alfredo@castellanoslawfirm.com
*Counsel for Plaintiffs*