IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>  Plaintiffs<br><br> V.<br><br>**Caballero & Castellanos, PL; ABC Insurance Co.; Mr. Orlando Rodriguez; Mr. Jonathan Cruz; and Mr. Juan Rivera.**<br><br>  Defendants | CIVIL NO:  07-00846 (RL)<br><br><br>BREACH OF CONTRACT AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

## FINAL MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS

**TO THE HONORABLE COURT AND THE CLERK'S OFFICE:**

    **COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

1. That on June 28th, 2007, Plaintiffs filed a motion for an extension of time to file an opposition to Defendant's Motion to Dismiss until July 5th, 2007.

2. That despite said extension, Plaintiffs hereby request a final enlargement of seven (7) days to file said Motion in Opposition and to adequately prepare the same.

3. That pursuant to Local Civil Rules, counsel for all parties have conferred, and opposing counsel have already stated that they will not be available until July 14th, 2007, until after their summer vacation, to attend any matter in the present case.

2

4.  Therefore, the appearing parties sincerely believe that the granting of the present motion will not prejudice in any way the parties, this Honorable Court or the proceedings at hand.

**WHEREFORE**, the appearing party respectfully request that this Honorable Court grant a final enlargement of time of seven (7) days, until July 12th, 2007, to adequately file said motion in opposition and that the granting of the presently sought remedy will not prejudice the proceedings at hand in any way.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 4th day of July of 2007.

**s/Alfredo Castellanos**
USDCPR 208005
Castellanos & Castellanos Law Firm, P.S.C.
161 San Jorge St., Suite 401
San Juan, PR  00911
Tel: 787-641-8447  Fax: 787-641-8450
alfredo@castellanoslawfirm.com
***Counsel for Plaintiffs***