IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>  Plaintiffs<br><br>  V.<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>  Defendants | CIVIL NO:  07-00846 (RL)<br><br><br>BREACH OF CONTRACT<br>AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

### NOTICE TO THE COURT

**TO THE HONORABLE COURT:**

   **COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel, whom most respectfully informs this Court:

   1.   That on today's date, Plaintiffs have sent counsel for Defendants, via email, a draft of the proposed Joint Initial Disclosure Statement to be filed in the present case.

   2.   That the parties intend to file the before mentioned Joint Initial Disclosure Statement on Monday, July 23rd, 2007.

   **WHEREFORE,** the appearing Plaintiffs request that this Honorable Court take notice of the above for all relevant purposes.

   **RESPECTFULLY  SUBMITTED**.

   In San Juan, Puerto Rico, this 20th day of July of 2007.

   **CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically

2

filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

        **s/Alfredo Castellanos**
        USDCPR 208005
        Castellanos & Castellanos Law Firm, P.S.C.
        161 San Jorge St., Suite 401
        San Juan, PR  00911
        Tel: 787-641-8447  Fax: 787-641-8450
        alfredo@castellanoslawfirm.com
        *Counsel for Plaintiffs*