IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>Plaintiffs<br><br>V.<br><br>**Caballero & Castellanos, PL; ABC Insurance Co.; Mr. Orlando Rodriguez; Mr. Jonathan Cruz; and Mr. Juan Rivera.**<br><br>Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

### JOINT INITIAL DICLOSURE STATEMENT

**TO THE HONORABLE:**

    **COME NOW,** the appearing parties, whom most respectfully state and inform this court of the following:

1. That the parties have held a telephone conference to dismiss matters set for the in role 16.3 (c) of the local rules of the United States District Court for the District of Columbia.

2. That in complained with the above mandate, the parties inform this Court as follows:

    1- At this particular time, the parties do not believe that the present case can be adjudicated through dispositive motions;

    2- The parties have agreed to several amendments to the pleadings, which have already been fled before the court;

3. The parties do not stipulate that the present case be assigned to a magistrate judge;

4. The parties do no anticipate a realistic settlement at this time, but do not discard the possibility of the Court's alternative dispute resolution (ADR);

5. The parties believe that ADR may be beneficial to the proceeding at hand and welcome any initiative that may be ordered by this Court pertaining to ADR;

6. The parties believe that the only pending matter before this court is the controversy pertaining to proper venue;

7. The parties stipulate to dispense with initial disclosures required by rule 26 (a)(1);

8. The parties anticipate that discovery can be concluded by February 28, 2008;

9. The parties do not anticipate at this particular time, that third party expert testimony will be ether needed or used in the present case;

10. The present case does not require any pronouncement pertaining to Rule 23 proceedings nor do the parties believe that bifurcation is warranted in the present case;

11. That the parties propose March 30, 2008, for a pretrial conference;

12. That the parties agree that the trial date should be established by the court during the pretrial conference;

**WHEREFORE**, The appearing parties respectfully request that this Court take notice of the above for all relevant purposes and that this Court issue the proper Scheduling Order.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send

notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net. **The appearing counsel further certifies that the undersigned had exerted reasonable efforts to contact opposing brother counsel to discuss the filing of the present Joint Initial Disclosure Statement. Unfortunately, all communication efforts have proven fruitless.**

        s/Alfredo Castellanos
        USDCPR 208005
        Castellanos & Castellanos Law Firm, P.S.C.
        161 San Jorge St., Suite 401
        San Juan, PR  00911
        Tel: 787-641-8447  Fax: 787-641-8450
        alfredo@castellanoslawfirm.com
        **Counsel for Plaintiffs**