IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**  Plaintiffs  V.  **Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**  Defendants | CIVIL NO: 07-00846 (RL)  BREACH OF CONTRACT AND TORTS  PLAINTIFFS DEMAND JURY TRIAL |

### NOTICE TO THE COURT REGARDING PROPOSED ORDER

**TO THE HONORABLE COURT:**

    **COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel, whom most respectfully informs this Court:

  1.   That on today's date, Plaintiffs have filed the proposed Joint Initial Disclosure Statement outlining the discovery plan in the present case.

  2.   That pursuant to Local Rule 16.3(d), the before mentioned written report must be filed with a proposed order.

  3.   The appearing party **informs the Honorable Court**, that due to technical difficulties with the office computer network, Plaintiffs will be filing said Proposed Order tomorrow, July 24th, 2007.

    **WHEREFORE,** the appearing Plaintiffs request that this Honorable Court take notice of the above for all relevant purposes.

1

2

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 23rd day of July of 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

        **s/Alfredo Castellanos**
        USDCPR 208005
        Castellanos & Castellanos Law Firm, P.S.C.
        161 San Jorge St., Suite 401
        San Juan, PR  00911
        Tel: 787-641-8447  Fax: 787-641-8450
        alfredo@castellanoslawfirm.com
        *Counsel for Plaintiffs*