IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>Plaintiffs<br><br>V.<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

### NOTICE TO THE COURT ATTACHING PROPOSED ORDER

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel, whom most respectfully informs this Court:

That pursuant to Local Rule 16.3(d), Plaintiffs attach to the present Notice the proposed order of the Joint Initial Disclosure Statement outlining the discovery plan in the present case filed on July 23rd, 2007 (docket # 17).

**WHEREFORE,** the appearing Plaintiffs request that this Honorable Court take notice of the above for all relevant purposes.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 24th day of July of 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send

2

notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

        **s/Alfredo Castellanos**
        USDCPR 208005
        Castellanos & Castellanos Law Firm, P.S.C.
        161 San Jorge St., Suite 401
        San Juan, PR  00911
        Tel: 787-641-8447  Fax: 787-641-8450
        alfredo@castellanoslawfirm.com
        ***Counsel for Plaintiffs***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>  Plaintiffs<br><br> V.<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera**<br><br>  Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT<br>AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

## SCHEDULING ORDER

**UPON CONSIDERATION OF** the parties Joint Initial Disclosure Statement, this Court instructs the parties as follows:

1) Any amendment to the pleadings must be filed by August 31, 2007;

2) The Court will instruct the parties to participate in an ADR proceeding after the Court rules upon the pending matters that have been brought to the consideration of the Court;

3) The parties shall limit the number of interrogatories to 26;

4) The taking of the deposition of any person shall be limited to 8 hours;

5) All discovery must be concluded by February 28, 2008;

6) A trial date will be set by the Court during the pretrial conference.

_____
UNITED STATES DISTRICT JUDGE