UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FUENTES-FERNANDEZ & CO., )
PSC, *et al.* )
)
Plaintiffs, )
)
v. )
) Civ. Action No. 07cv846 (RJL)
CABALLERO & CASTELLANOS, )
PL, *et al.*, )
)
Defendants. )
_____ )

### SCHEDULING ORDER

Upon the Court's motion, it is, this 27th day of July, 2007, hereby

**ORDERED** that:

1. The parties will move for joinder of parties and amendment of the pleadings within thirty (30) days of the date of this order;

2. The parties shall limit the number of interrogatories to 26;

3. The taking of depositions shall be limited to eight (8) hours;

4. Discovery will close, a joint status report will be due, and a status conference will be held by February 28, 2008;

5. All dispositive motions are due by March 28, 2008; and it is further

**ORDERED** that this schedule will not be changed except for good cause shown.

**SO ORDERED.**

                                                                                     _____
                                                                                     RICHARD J. LEON
                                                                                      United States District Judge