IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**  Plaintiffs  V.  **Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**  Defendants | CIVIL NO:  07-00846 (RL)  BREACH OF CONTRACT AND TORTS  PLAINTIFFS DEMAND JURY TRIAL |

### EMERGENCY NOTICE TO THE COURT

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel, whom most respectfully informs this Court:

1. That the undersigned will be outside the jurisdiction of Puerto Rico from August 2nd, 2007 to August 13th, 2007, due to urgent personal commitments.

2. That in case of an emergency, the undersigned can be reached via email at alfredo@castellanoslawfirm.com.

3. That we have informed our clients of the aforementioned.

**WHEREFORE,** the undersigned respectfully requests that this Honorable Court take notice of the above for any and all relevant purposes.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 31st day of July, 2007.

1

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

**s/Alfredo Castellanos**
USDCPR 208005
Castellanos & Castellanos Law Firm, P.S.C.
161 San Jorge St., Suite 401
San Juan, PR  00911
Tel: 787-641-8447  Fax: 787-641-8450
alfredo@castellanoslawfirm.com
*Counsel for Plaintiffs*

2