IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>  Plaintiffs<br><br>  V.<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>  Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT<br>AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

## MOTION FOR WITHDRAWAL OF APPEARANCE

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

1. That pursuant to Local Rule 83.6(c), the undersigned counsel respectfully requests from this Honorable Court to withdrawal as legal counsel for Plaintiffs in the present case.

2. That as the record reflects, discovery has barely commenced in the present case. Consequently, the proceedings at hand will not be affected in any way by the undersigned's withdrawal as legal counsel at this stage of the proceedings.

3. That the communication lines have been irreparably damaged between Plaintiffs and the appearing counsel, rendering it impossible for the appearing counsel to properly continue their legal representation.

4. Furthermore, Plaintiffs is a well-respected CPA (Certified Public Accountant) company on Connecticut Ave. in Washington, D.C. and should have no impediment in finding adequate legal representation for the present case.

5. The appearing counsel respectfully requests that Plaintiffs be given a reasonable period of time under the present circumstances of thirty (30) days to obtain new legal counsel and that until said counsel makes his initial appearance, all matters concerning the present case be notified to Plaintiffs at the following electronic e-mail address: joey@fuentes-fernandez.com and at the following physical and mailing address:

      1001 Connecticut Ave. NW, Suite 300      Tel: 202-861-1901
      Washington, DC 20036      Fax: 202-861-1904

**WHEREFORE**, pursuant to Local Rule 83.6(c), the undersigned counsel respectfully requests from this Honorable Court to grant its withdrawal as legal counsel for Plaintiffs in the present case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27th day of September of 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net. In addition, pursuant to Local Rule 83.6(c), I hereby certify that the present motion is being served upon Plaintiffs at their D.C. address: 1001 Connecticut Ave. NW, Suite 300, Washington, DC 20036 and at their email address joey@fuentes-fernandez.com.

      s/Alfredo Castellanos
      USDCPR  208005
      USDCDC  TX0043

>Castellanos & Castellanos Law Firm, P.S.C.
>161 San Jorge St., Suite 401
>San Juan, PR  00911
>Tel: 787-641-8447  Fax: 787-641-8450
>alfredo@castellanoslawfirm.com
>***Counsel for Plaintiffs***