IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>Plaintiffs<br><br> **V.**<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>Defendants | CIVIL NO:  07-00846 (RL)<br><br><br>BREACH OF CONTRACT AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

## SUPPLEMENTAL MOTION TO MOTION FOR WITHDRAWAL OF APPEARANCE

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel whom most respectfully alleges and prays:

That attached to the present motion please find a Statement Under Penalty of Perjury from Mr. Sergio Bevilacqua, manager of our firm, Castellanos & Castellanos Law Firm, P.S.C., which includes information supplementing our Motion to withdraw as legal counsel filed by the undersigned on September 27th, 2007, pursuant to Local Rule 83.6(c), in the present case.

**WHEREFORE**, pursuant to Local Rule 83.6(c), the undersigned counsel respectfully requests from this Honorable Court to grant its withdrawal as legal counsel for Plaintiffs in the present case.

1

2

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 2nd day of October of 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net. In addition, pursuant to Local Rule 83.6(c), I hereby certify that the present motion is being served upon Plaintiffs at their D.C. address: 1001 Connecticut Ave. NW, Suite 300, Washington, DC 20036 and at their email address joey@fuentes-fernandez.com.

s/Alfredo Castellanos
USDCPR  208005
USDCDC  TX0043
Castellanos & Castellanos Law Firm, P.S.C.
161 San Jorge St., Suite 401
San Juan, PR  00911
Tel: 787-641-8447  Fax: 787-641-8450
alfredo@castellanoslawfirm.com
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC;** **Joseph Fuentes CPA** | CIVIL NO: 07-00846 (RL) |
| Plaintiffs | |
| V. | BREACH OF CONTRACT AND TORTS |
| **Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera** | PLAINTIFFS DEMAND JURY TRIAL |
| Defendants | |

## VOLUNTARY STATEMENT UNDER PENALTY OF PERJURY

**TO THE HONORABLE COURT:**

    **NOW COMES,** Sergio Bevilacqua, of legal age, resident of San Juan, Puerto Rico, who states under penalty of perjury the following:

1. That my personal circumstances are as previously mentioned;

2. That as the manager of Castellanos & Castellanos Law Firm, P.S.C., I am the person in charge of receiving all correspondence into the office, including emails.

3. That on October 1st, 2007, Plaintiff Joseph Fuentes sent an email to the office accepting the withdrawal of our Firm's representation of Plaintiffs in the present case.

4. That in the same email, Mr. Fuentes informs us that counsel Joaquín Marques, of the law firm Drinker Biddle & Reath in D.C., has been retained as legal counsel and will assume the representation of Plaintiffs in the present case.

**WHEREFORE**, I submit the present statement under penalty of perjury in support of the Motion for Withdrawal of Appearance filed on September 27th, 2007, for the benefit of this Court.

In San Juan, Puerto Rico, on October 2nd, 2007.

_____
Mr. Sergio Bevilacqua