IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>Plaintiffs<br><br>V.<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT<br>AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

## NOTICE TO THE COURT

**TO THE HONORABLE COURT:**

   **COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel, whom most respectfully informs this Court:

1. That on today's date, the undersigned has sent, via Express Mail, all documents in our possession in reference to the present case to Plaintiffs' new legal representation:

   > Drinker Biddle & Reath LLP
   > Attn: Mark Sosnowsky, Esq.
   > 1500 K Street, N.W., Suite 1100
   > Washington, DC 20005-1209
   > Tel: (202) 842-8800
   > Fax: (202) 842-8465

2. That we have informed Plaintiffs of the aforementioned.

   **WHEREFORE,** the undersigned respectfully requests that this Honorable Court take notice of the above for any and all relevant purposes.

1

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 19th day of October, 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

    **s/Alfredo Castellanos**
    USDCPR 208005
    Castellanos & Castellanos Law Firm, P.S.C.
    161 San Jorge St., Suite 401
    San Juan, PR  00911
    Tel: 787-641-8447  Fax: 787-641-8450
    alfredo@castellanoslawfirm.com