IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA**<br><br>Plaintiffs<br><br> **V.**<br><br>**Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera.**<br><br>Defendants | CIVIL NO: 07-00846 (RL)<br><br><br>BREACH OF CONTRACT AND TORTS<br><br>PLAINTIFFS DEMAND JURY TRIAL |

### MOTION REQUESTING RESOLUTION
### OF UNOPPOSED MOTION FOR WITHDRAWAL

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph Fuentes, CPA in his individual capacity, through the undersigned legal counsel, most respectfully alleges and prays:

1. That on September 27th, 2007, the undersigned filed a motion to withdrawal as legal counsel for Plaintiffs in the present case pursuant to Local Rule 83.6(c). (See D.E. 22)

2. That on October 30th, 2007, the undersigned counsel conferred with opposing counsel and the same did not oppose said request.

**WHEREFORE,** the undersigned respectfully requests that this Honorable Court take notice of the above and grant the appearing party's **unopposed motion** for withdrawal as legal counsel for Plaintiffs in the present case pursuant to Local Rule 83.6(c).

1

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 31st day of October, 2007.

**CERTIFICATE OF SERVICE:** I hereby certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Gerald Antonio Rovelo,** garovelo@cox.net .

        **s/Alfredo Castellanos**
        USDCPR 208005
        Castellanos & Castellanos Law Firm, P.S.C.
        161 San Jorge St., Suite 401
        San Juan, PR  00911
        Tel: 787-641-8447  Fax: 787-641-8450
        alfredo@castellanoslawfirm.com