## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Fuentes-Fernandez & Company, PSC, et. al.

                Plaintiffs,

        v.

Caballero & Castellanos, PL, et al.

                Defendants.

Civil Action No. :
1:07-cv-00846 (RJL)

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Michael J. McManus and Joaquin A. Marquez as

counsel in this case for Plaintiffs Fuentes-Fernandez & Company, PSC and Joseph

Fuentes.

I certify that the above-named attorneys are admitted to practice in this Court.

Respectfully submitted,

By: /s/ Michael J. McManus
    Michael J. McManus (D.C. Bar No. 263832)
    Joaquin A. Marquez (D.C. Bar No. 158691)
    DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone:    202-842-8800
    Fax:    202-842-8465
    Email:    Michael.McManus@dbr.com
            Joaquin.Marquez@dbr.com

*Attorneys for Fuentes-Fernandez &*
*Company, PSC and Joseph Fuentes*

Dated: November 6, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2007, a copy of the above and foregoing **Notice of Entry of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Michael J. McManus
Michael J. McManus
