IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br>Joseph Fuentes CPA<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>Caballero & Castellanos, PL; Mr. Orlando<br>Rodriguez; and Mr. Juan Rivera.<br><br>　　　　　　　　　　　　Defendants. | CIVIL NO. 07-00846 (RL)<br><br>JURY TRIAL DEMANDED |

Under the current scheduling order (DKT 20), the Court directed the parties to move for joinder of parties and amendment of the pleadings by August 26, 2007, and to close discovery, file a joint status report, and appear for a status conference on February 28, 2008.

Defendants have not yet answered the complaint, due to their pending motion to dismiss. Given the pendency of the potentially dispositive motion to dismiss and that defendants have not yet answered, the parties request an amendment to the Scheduling Order as follows:

Plaintiff will file a Second Amended Complaint by February 15, 2008. This Second Amended Complaint is intended to respond to the jurisdictional concerns raised in defendants' motion to dismiss in that plaintiffs will voluntarily dismiss, without prejudice, their claims against Juan Rivera and Orlando Rodriquez.

Defendants will file a responsive pleading to the Second Amended Complaint within 20 days, and no later than March 6, 2008.

Any Reply will be filed within 10 days, and no later than March 20, 2008.

All discovery will be completed by June 3, 2008.

All dispositive motions will be due by July 3, 2008.

STIPULATED AND AGREED TO THIS 8th DAY OF FEBRUARY, 2008, BY:

GERALD ANTONIO ROVELO

_____
Gerald Antonio Rovelo
915 Brockenbraugh Court
Metairie, LA 70005-1603

STIPULATED AND AGREED TO THIS 8th DAY OF FEBRUARY, 2008, BY:

MICHAEL J. McMANUS

_____
Michael J. McManus
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Suite 1100
Washington, DC  20005

## CERTIFICATE OF SERVICE

I certify that on the 8th day of February, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participant:

>Gerald Antonio Rovelo
>915 Brockenbraugh Court
>Metairie, LA 70005-1603

*Counsel for Defendant Caballero & Castellanos, PL., Orlando Rodriguez, Jonathan Cruz, and Juana Rivera.*

_____
Mark H. M. Sosnowsky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC; Joseph Fuentes CPA <br><br> Plaintiffs, <br><br> v. <br><br> Caballero & Castellanos, PL; Mr. Orlando Rodriguez; and Mr. Juan Rivera. <br><br> Defendants. | CIVIL NO. 07-00846 (RL) <br><br> JURY TRIAL DEMANDED |

**ORDER**

THIS MATTER having come before the Court on the stipulation of the parties, the Court hereby directs the plaintiffs to file a Second Amended Complaint by February 15, 2008, defendants to file a responsive pleading within 20 days, and plaintiffs to file a Reply, if any, within ten days thereafter. The Court further directs the parties to complete all discovery by June 3, 2008 and file all dispositive motions by July 3, 2008.

DATED this _____ day of _____, 2008.

_____
The Honorable Richard J. Leon
United States District Court Judge