IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC;**<br><br>                              **Plaintiff,**<br>         v.<br><br>**Cabellero & Castellanos, PL; and Elias Castellanos**<br><br>                              **Defendants.** | **CIVIL NO. 07-00846 (RL)** |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Ronald S. Canter, Esquire and David S. Abrams, Esquire as co-counsels of record for Defendants in this matter.

**THE LAW OFFICES OF RONALD S. CANTER, LLC**

 /s/ Ronald S. Canter_____
Ronald S. Canter, Esquire
Bar No. 321257
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
Telephone:  (301) 943-6111
Fax:  (240) 386-3816
E-Mail:  roncanter@comcast.net

 /s/ David S. Abrams_____
David S. Abrams, Esquire, Florida Bar No. 884415
Appearing Pursuant to Local Rule 83.2
9400 South Dadeland Blvd., PH-3
Miami, Florida 33156
Telephone: (305) 670-9104
Email: dabrams@abramslaw.cc
Co-Counsels for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC;**<br><br>                                   **Plaintiff,**<br>v.<br><br>**Cabellero & Castellanos, PL; and Elias Castellanos**<br><br>                                   **Defendants.** | **CIVIL NO. 07-00846 (RL)** |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing notice of entry of appearance was served upon the individuals listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 6th day of March, 2008 to: Michael J. McManus, Esquire, Attorney for Plaintiff, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC 20005-1209 and Gerald Antonio Revelo, Esquire, 915 Brockenbraugh Court, Metairie, LA 70005.

                                   **THE LAW OFFICES OF RONALD S. CANTER, LLC**

                                     /s/ Ronald S. Canter_____
                                   Ronald S. Canter, Esquire, Bar No. 321257
                                   11300 Rockville Pike, Suite 1200
                                   Rockville, MD 20852
                                   Telephone: (301) 943-6111
                                   Facsimile: (240) 386-3816
                                   E-Mail: roncanter@comcast.net

                                     /s/ David S. Abrams_____
                                   David S. Abrams, Esquire, Florida Bar No. 884415
                                   Appearing Pursuant to Local Rule 83.2
                                   9400 South Dadeland Blvd., PH-3
                                   Miami, Florida 33156
                                   Telephone: (305) 670-9104
                                   Email: dabrams@abramslaw.cc
                                   Co-Counsels for Defendants