## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>Plaintiff,<br><br>v.<br><br>Cabellero & Castellanos, PL; and Elias Castellanos<br><br>Defendants. | CIVIL NO. 07-00846 (RL) |

## DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants Caballero & Castellanos, PL and Elias Castellanos, individually, (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby file their Answer to the Second Amended Complaint and states:

## THE PARTIES

1.   Paragraph 1.   Without knowledge and therefore denied.

2.   Paragraph 2.   Admitted.

3.   Paragraph 3.   Admitted.

## JURISDICTION AND VENUE

4.   Paragraph 4.   Without knowledge and therefore denied.

5.   Paragraph 5.   Denied.

## FACTUAL BACKGROUND

6.   Paragraph 6.   Defendants re-assert their previous responses to the prior allegations as if fully set forth herein.

7.   Paragraph 7.   Admitted only as to the Housing Authority of New Orleans

("HANO") being a governmental agency administering housing programs for income qualified persons and families in he City of New Orleans, Louisiana.

8.     Paragraph 8.     Without knowledge and therefore denied.

9.     Paragraph 9.     Without knowledge as to HANO's contract with National Technologies, Inc. ("NTI"). Admitted as to Caballero & Castellanos, PL being a subcontractor to NTI.

10.     Paragraph 10.     Denied.

11.     Paragraph 11.     Denied.

12.     Paragraph 12.     Denied.

13.     Paragraph 13.     Denied.

14.     Paragraph 14.     Denied.

15.     Paragraph 15.     Denied.

16.     Paragraph 16.     Denied.

17.     Paragraph 17.     Without knowledge and therefore denied.

18.     Paragraph 18.     Denied.

19.     Paragraph 19.     Admitted as to Caballero & Castellanos, PL and Mr. Castellanos' instructions to submit a proposed Letter of Intent.

20.     Paragraph 20.     Denied.

21.     Paragraph 21.     Denied.

22.     Paragraph 22.     Without knowledge and therefore denied.

23.     Paragraph 23.     Denied.

24.     Paragraph 24.     Denied.

25.     Paragraph 25.     Denied.

26. Paragraph 26.    Without knowledge and therefore denied.

27. Paragraph 27.    Denied.

28. Paragraph 28.    Denied.

29. Paragraph 29.    Denied.

30. Paragraph 30.    Denied.

31. Paragraph 31.    Denied.

32. Paragraph 32.    Without knowledge and therefore denied.

33. Paragraph 33.    Denied specifically as to any exploitation of FFC's financial position. Admitted that Caballero & Castellanos, PL, discovered irregularities in FFC's submitted expense reimbursement requests, which raised serious questions as to FCC's potential attempts to defraud the government.

34. Paragraph 34.    Denied.

35. Paragraph 35.    Denied.

36. Paragraph 36.    Denied.

37. Paragraph 37.    Denied.

38. Paragraph 38.    Without knowledge and therefore denied.

39. Paragraph 39.    Denied.

40. Paragraph 40.    Denied.

41. Paragraph 41.    Denied.

42. Paragraph 42.    Without knowledge and therefore denied.

43. Paragraph 43.    Denied.

44. Paragraph 44.    Denied.

45. Paragraph 45.    Denied.

46. <u>Paragraph 46</u>.    Without knowledge and therefore denied.

47. <u>Paragraph 47</u>.    Denied.

48. <u>Paragraph 48</u>.    Without knowledge and therefore denied.

49. <u>Paragraph 49</u>.    Denied.

50. <u>Paragraph 50</u>.    Defendants re-assert their previous responses to the prior allegations as if fully set forth herein.

51. <u>Paragraph 51</u>.    Denied.

52. <u>Paragraph 52</u>.    Denied.

53. <u>Paragraph 53</u>.    Denied.

54. <u>Paragraph 54</u>.    Defendants re-assert their previous responses to the prior allegations as if fully set forth herein.

55. <u>Paragraph 55</u>.    Denied.

56. <u>Paragraph 56</u>.    Denied.

57. <u>Paragraph 57</u>.    Denied.

58. <u>Paragraph 58</u>.    Denied.

59. <u>Paragraph 59</u>.    Denied.

60. <u>Paragraph 60</u>.    Defendants re-assert their previous response to the prior allegations as if fully set forth herein.

61. <u>Paragraph 61</u>.    Denied.

62. <u>Paragraph 62</u>.    Denied.

63. <u>Paragraph 63</u>.    Denied.

64. <u>Paragraph 64</u>.    Denied.

65. <u>Paragraph 65</u>.    Defendants re-assert their previous responses to the prior allegations

as if fully set forth herein.

66. <u>Paragraph 66</u>.   Denied.

67. <u>Paragraph 67</u>.   Denied.

68. <u>Paragraph 68</u>.   Denied.

69. <u>Paragraph 69</u>.   Defendants re-assert their previous responses to the prior allegations

  as if fully set forth herein.

70. <u>Paragraph 70</u>.   Denied.

71. <u>Paragraph 71</u>.   Denied.

72. <u>Paragraph 72</u>.   Denied.

73. <u>Paragraph 73</u>.   Denied.

74. <u>Paragraph 74</u>.   Denied.

75. <u>Paragraph 75</u>.   Categorically denied.

76. <u>Paragraph 76</u>.   Denied.

## **AFFIRMATIVE DEFENSES**

77. <u>FIRST AFFIRMATIVE DEFENSE</u>:  Plaintiff has failed to state a valid cause of action

  upon which relief may be granted and has failed to do so.

78. <u>SECOND AFFIRMATIVE DEFENSE</u>:  Plaintiff lacks sufficient standing to bring

  this action and consequently, is not entitled to the damages and relief requested.

79. <u>THIRD AFFIRMATIVE DEFENSE</u>:  The Plaintiff has failed to allege sufficient facts to

  cause jurisdiction/venue to lay with this Court. Specifically, there are clearly insufficient

  contacts by the Defendant to permit jurisdiction by the Court. Moreover, there are

  at least three (3) witnesses for the Defendants who reside in South Florida, as do all

  of the Defendants.

80.   <u>FOURTH AFFIRMATIVE DEFENSE</u>:   Upon information and belief, NTI is an

indispensable party pursuant to Rule 19 of the Federal Rules of Civil Procedure and

its absence in this action impedes the Defendants' ability to protect their respective

interests and moreover, exposes the Defendants to substantial risk of incurring

multiple and/or inconsistent obligations by reason of the claims asserted herein.

WHEREFORE, the Defendants ask that the Second Amended Complaint be

dismissed with prejudice.

**THE LAW OFFICES OF RONALD S. CANTER, LLC**

_/s/ Ronald S. Canter_____
Ronald S. Canter, Esquire
Bar No. 321257
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
(Cell):  (301) 943-6111
Facsimile:  (240) 386-3816
E-Mail:  roncanter@comcast.net
Counsel for Defendants


_/s/ David S. Abrams_____
David S. Abrams, Esquire
Appearing Pursuant to Local Rule 83.2
9400 South Dadeland Blvd., PH-3 Miami,
Florida 33156
Telephone: (305) 670-9104
Facsimile: (305) 670-2821
Email: dabrams@abramslaw.cc
Co-Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>                              **Plaintiff,**<br>         **v.**<br><br>Cabellero & Castellanos, PL; and Elias<br>Castellanos<br><br>                              **Defendants.** | **CIVIL NO. 07-00846 (RL)** |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing notice of entry of appearance was served upon the individuals listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 6th day of March, 2008 to:  Michael J. McManus, Esquire, Attorney for Plaintiff, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC  20005-1209 and Gerald Antonio Revelo, Esquire, 915 Brockenbraugh Court, Metairie, LA 70005.

                    **THE LAW OFFICES OF RONALD S. CANTER, LLC**

                    _/s/ Ronald S. Canter_____
                    Ronald S. Canter, Esquire, Bar No. 321257
                    11300 Rockville Pike, Suite 1200
                    Rockville, MD  20852
                    Telephone: (301) 943-6111
                    Facsimile:  (240) 386-3816
                    E-Mail:  roncanter@comcast.net

                    _/s/ David S. Abrams_____
                    David S. Abrams, Esquire, Florida Bar No. 884415
                    Appearing Pursuant to Local Rule 83.2
                    9400 South Dadeland Blvd., PH-3
                    Miami, Florida 33156
                    Telephone: (305) 670-9104
                    Facsimile: (305) 670-2821
                    Email: dabrams@abramslaw.cc
                    Co-Counsels for Defendants