# VERIFIED RETURN OF SERVICE

**State of Florida**               **County of**                    **United States District Court**

Case Number: 1:07-CV-00846 (RJL)

Plaintiff:
**FUENTES-FERNANDEZ & COMPANY, PSC, ET AL.**
vs.
Defendant:
**CABALLERO & CASTELLANOS, PL, ET AL.**

For:
Michael J. McManus, Esquire
DRINKER, BIDDLE & REATH LLP
1500 K Street Nw
Suite 1100
Washington, DC 20005

Received by Countywide Process Service on the 7th day of March, 2008 at 1:38 pm to be served on **ELIAS CASTELLANOS BY SERVING DAVID ABRAMS AS HIS ATTORNEY, 9400 SOUTH DADELAND BOULEVARD, PENTHOUSE III, MIAMI, FL 33156**.

I, HENRY PHILIPSON, do hereby affirm that on the **10th day of March, 2008** at **11:15 am**, I:

I delivered a copy of this **SUBPOENA IN A CIVIL CASE, SECOND AMENDMENT COMPLAINT, WITH EXHIBIT** with the date and time of service endorsed thereon by me, to a person, who was authorized to accept service for the person to be served, as a professional courtesy, and informed said person of the contents therein. To wit: DAVID ABRAMS, ESQUIRE as AUTHORIZED AGENT.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action.

_____
HENRY PHILIPSON
Process Server #1503

**Countywide Process Service
& Investigations**
P.O. Box 830395
Miami, FL 33283-0395
(305) 234-5858
Our Job Serial Number: 2008002296

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fuentes-Fernandez & Company, PSC;

　　　　　　　　　　Plaintiff,

V.

Caballero & Castellanos, PL; Elias
Castellanos.

　　　　　　　　　　Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07-cv-00846-RJL

*[Handwritten: David Abrams, Esq. 3/10/2008  11:15A  H.P.]*
Print/Sign Name
Certified In The Circuit Court of
11 Judicial Circuit Cert # 1563

TO: (Name and address of Defendant)

Elias Castellanos
13055 SW 21st Street
Miramar, FL 33027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. McManus
Drinker Biddle & Reath LLP
1500 K Street NW, Suite 1100
Washington, DC 20005-1209

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    FEB 19 2008

CLERK   *[signature: Sheryl Horn]*                         DATE

(By) DEPUTY CLERK