IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>Cabellero & Castellanos, PL; and Elias Castellanos<br><br>　　　　　　　　Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

**DEFENDANTS' MOTION TO TRANSFER VENUE**

　　Defendant Caballero & Castellanos, by and through its counsel, moves pursuant to 28 U.S.C. § 1404(a) for a transfer of venue to the United States District Court for the Southern District of Florida, and as grounds therefore refers this Court to the accompanying Memorandum of Law. Pursuant to LCvR 7(m), the undersigned certifies that he conferred with Plaintiff's counsel in a good faith effort to determine if there is any opposition to the relief requested. Plaintiff's counsel stated that this motion <u>will</u> be opposed.

　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF RONALD S. CANTER, LLC**

　　　　　　　　　　　　　　　　　　　/s/ Ronald S. Canter_____
　　　　　　　　　　　　　　　　　　Ronald S. Canter, Esquire
　　　　　　　　　　　　　　　　　　Bar No. 321257
　　　　　　　　　　　　　　　　　　11300 Rockville Pike, Suite 1200
　　　　　　　　　　　　　　　　　　Rockville, MD  20852
　　　　　　　　　　　　　　　　　　Telephone:  (301) 770-7490
　　　　　　　　　　　　　　　　　　Fax:  (240) 386-3816
　　　　　　　　　　　　　　　　　　E-Mail:  roncanter@comcast.net

　　　　　　　　　　　　　　　　　　　/s/ David S. Abrams_____
　　　　　　　　　　　　　　　　　　David S. Abrams, Esquire, Florida Bar No. 884415
　　　　　　　　　　　　　　　　　　Appearing Pursuant to Local Rule 83.2
　　　　　　　　　　　　　　　　　　9400 South Dadeland Blvd., PH-3
　　　　　　　　　　　　　　　　　　Miami, Florida 33156
　　　　　　　　　　　　　　　　　　Telephone: (305) 670-9104
　　　　　　　　　　　　　　　　　　Email: dabrams@abramslaw.cc
　　　　　　　　　　　　　　　　　　Co-Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing notice of Defendant's Motion to Transfer Venue, was served upon the individuals listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 15th day of April, 2008 to: Michael J. McManus, Esquire, Attorney for Plaintiff, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC 20005-1209 and Gerald Antonio Revelo, Esquire, 915 Brockenbraugh Court, Metairie, LA 70005.

   /s/ Ronald S. Canter_____
Ronald S. Canter, Esquire, Bar No. 321257
David S. Abrams, Esquire, Florida Bar No. 884415
Counsels for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>                              Plaintiff,<br>           v.<br><br>Cabellero & Castellanos, PL; and Elias Castellanos<br><br>                              Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

**ORDER**

Dear Mother and Father, Defendant's Motion to Transfer Venue, and any opposition, it is this _____ day of _____, 2008.

ORDERED, that the Motion is granted, and it is further

ORDERED, that this case is transferred to the United States District Court for the Southern District of Florida.

_____
JUDGE

1