IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 1:07-cv-00846 (RJL) |
| Caballero & Castellanos, PL, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION OF PLAINTIFF FUENTES-FERNANDEZ & COMPANY, PSC TO COMPEL DEFENDANT CABALLEROS & CASTELLANOS, PL TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff, Fuentes-Fernandez & Company, PSC ("**FFC**"), by counsel, moves to compel defendant Caballeros & Castellanos, PL ("**C&C**") to respond to FFC's First Set of Interrogatories and First Set of Document Requests. FFC respectfully requests the Court enter an Order compelling C&C to respond to FFC's First Set of Interrogatories and Requests for Documents no later than April 21, 2008 and holding that all objections to the interrogatories and document requests are waived. In support thereof FFC submits the accompanying memorandum.

Respectfully submitted,

By: _____
Michael J. McManus (D.C. Bar No. 263832)
Joaquin A. Marquez (D.C. Bar No. 128691)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone:   202-842-8800
Fax:         202-842-8465
Email:       Michael.McManus@dbr.com
             Joaquin.Marquez@dbr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fuentes-Fernandez & Company, PSC, et al.    )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )   Civil Action No:
                                            )   1:07-cv-00846 (RJL)
Caballero & Castellanos, PL, et al.         )
                                            )
            Defendants.                     )
_____)

**MEMORANDUM IN SUPPORT OF MOTION OF
PLAINTIFF FUENTES-FERNANDEZ & COMPANY, PSC TO COMPEL
DEFENDANT CABALLEROS & CASTELLANOS, PL TO RESPOND TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

I.  **Introduction**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff Fuentes-Fernandez & Company, PSC ("**FFC**"), by counsel, moves to compel defendant Caballeros & Castellanos, PL (hereinafter "**C&C**") to respond to FFC's First Set of Interrogatories and First Set of Document Requests and respectfully asks this Court to rule that all objections to the interrogatories and document requests are waived. In support thereof FFC states as follows:

On December 28, 2007, pursuant to Fed. R. Civ. P. 33 and 34, FFC served its First Set of Interrogatories and First Set of Requests for Documents upon C&C's counsel by express delivery. In January or February of 2008, counsel for FFC contacted Defendants' counsel, Mr. Rovelo, asking about outstanding discovery. Mr. Rovelo stated that he objected to responding to FFC's discovery requests prior to the resolution of the Motion to Dismiss. FFC's counsel agreed to an extension of time until after the Motion to Dismiss was resolved.

Prior to the Court's resolution of the Motion to Dismiss, the parties agreed that Plaintiff would file a Second Amended Complaint seeking to resolve the jurisdictional issues stated in the

Motion to Dismiss. On February 15, 2008, FFC filed the Second Amendment Complaint. After FFC filed the Second Amended Complaint, counsel for FFC spoke with counsel for C&C, Mr. Abrams, and the issue of outstanding discovery was again raised. Mr. Abrams assured counsel that discovery would be produced in the next "few weeks."

On March 6, 2008, Defendant C&C filed an Answer to the Second Amended Complaint. On April 3, 2008, counsel for FFC again contacted Mr. Abrams regarding outstanding discovery. Defendants' counsel stated that discovery would be produced by April 11, 2008. Counsel for FFC confirmed this discussion by email and copied C&C's counsel, Mr. Canter by email on April 10, 2008. On April 11, 2008, counsel for FFC again spoke with Mr. Abrams, who stated that discovery responses would be received by Monday, April 14, 2008. To date, only a response to FFC's Request for Documents to Elias Castallanos has been received.[1]

## II. Argument

### A. *This Court Should Enter An Order Compelling Discovery*

Fed. R. Civ. P. 33(b)(2) states with regard to interrogatories that "[t]he responding party must serve its answers and any objections within 30 days after being served with the interrogatories." The federal rules have a similar provision with respect to document requests that states, "[t]he party to whom the request is directed must respond in writing within 30 days after being served." Fed. R. Civ. P. 34(b)(2)(A). Rule 37 provides that this Court may compel a discovery response when a party fails to respond to interrogatories or document requests. Fed. R. Civ. P. 37(a)(3)(B)(iii)-(iv).

### B. *This Court Should Deem All Objections Waived*

A party's failure to timely object to an interrogatory constitutes a waiver, unless the

---

[1] The undersigned certifies that counsel for the movant has in good faith conferred with counsel for C&C in an effort to obtain discovery without court action.

Court, for good cause, excuses the failure. Fed. R. Civ. Proc. 33(b)(4). "The same principle applies to written document requests under Rule 34(b) of the Federal Rules of Civil Procedure." *Blumenthal v. Drudge*, 186 F.R.D. 236, 240 (D.D.C. 1999). Without the requested information, FFC is hampered in its ability to obtain basic information needed to evaluate and prepare its case and prepare for depositions pending as early as next week. Defendants should be required to fully and completely answer all interrogatories and document requests without further delay occasioned by negotiations and disputes regarding objections.

## II.   Conclusion

For the reasons stated above, this Court should grant Plaintiffs' Motion to Compel, require defendants to answer fully and completely all interrogatories and provide all responsive documents, and deem all objections thereto waived.

Respectfully submitted,

By: _____
Michael J. McManus (D.C. Bar No. 263832)
Joaquin A. Marquez (D.C. Bar No. 128691)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone:   202-842-8800
Fax:            202-842-8465
Email:         Michael.McManus@dbr.com
                  Joaquin.Marquez@dbr.com

*Attorneys for Fuentes-Fernandez & Company, PSC*

Dated: April 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, a copy of the above and forgoing **Motion of Plaintiff Fuentes-Fernandez & Company, PSC to Compel Defendant Caballeros & Castellanos, PL to Respond to Plaintiff's First Set of Interrogatories and Document Requests** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

_____
Mark H. M. Sosnowsky

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC, et al.   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No: |
| ) | 1:07-cv-00846 (RJL) |
| Caballero & Castellanos, PL, et al.   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiff Fuentes-Fernandez & Company, PSC's Motion to Compel and the accompanying Memorandum in Support thereof and any opposition thereto, it is by the Court hereby **ORDERED** that the Motion is **GRANTED.** Defendant Caballeros & Castellanos, PL (hereinafter "C&C") is directed to respond to FFC's First Set of Interrogatories and First Set of Document Requests no later than April 21, 2008 and all objections to the First Set of Interrogatories and First Set of Document Requests are waived.

Entered this _____ day of April, 2008

_____

Judge Richard J. Leon
United States District Court for the District of Columbia