IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FUENTES - FERNANDEZ & COMPANY, PSC;<br>Plaintiff, | )<br>)<br>)<br>) | CIVIL CASE NO.: 1:07-CV-00846<br>(Judge Richard J. Leon) |
| vs. | )<br>) | |
| CABALLERO & CASTELLANOS, PL;<br>and ELIAS CASTELLANOS<br>Defendants. | )<br>)<br>)<br>) | |

### SWORN AFFIDAVIT

BE IT KNOWN, that on the date indicated herein below, before me, Notary Public, personally came and appeared:

**ELIAS CASTELLANOS**, CPA, a person of full age of majority and a resident of Broward County, Florida, who after being duly sworn, did depose and say that:

1. Affiant is a certified public accountant licensed in the state of Florida.

2. Affiant has never been licensed, is not licensed to do nor does any business in the District of Columbia nor has he ever rendered any accounting related services in the District of Columbia.

3. Neither Affiant nor his accounting firm have ever transacted any business in the District of Columbia, or appointed any agent for service of process in the District of Columbia.

4. Neither Affiant nor his accounting firm have ever solicited business, engaged in any other persistent course of conduct, or derived any revenue from products of services consumed in the District of Columbia.

5. Neither Affiant nor his accounting firm do now own or have an interest nor have ever owned or had an interest in any real property, real estate, or personal property in the District of Columbia.

6. Neither Affiant nor his accounting firm maintain any offices or employees who work within

1

CIVIL CASE NO.: 1:07-CV-00846

the District of Columbia or have any continuous or systematic contacts with the District of Columbia.

7. Neither Affiant nor his accounting firm engaged in any discussions with the Plaintiff in connection with the above referenced case in the District of Columbia.

8. That the above is true and correct to the best of Affiant's information, knowledge, and belief.

_____
AFFIANT: ELIAS CASTELLANOS

STATE OF Louisiana )
                   )ss
COUNTY OF Orleans  )

The foregoing instrument was acknowledged before me this 16th day of April, 2008, by **ELIAS CASTELLANOS**, who is personally known to me, or who has produced Drivers License as identification and who did take an oath.

MY COMMISSION EXPIRES:      _____
Death                        NOTARY PUBLIC

                             KIM M. RUSSELL
                             NOTARY PUBLIC
                             Bar Number 26494
                             State of Louisiana
                             My Commission is issued for Life.

2