IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Fuentes-Fernandez & Company, PSC, et. al.

Plaintiffs,

v.

Caballero & Castellanos, PL, et al.

Defendants.

Civil Action No. :
1:07-cv-00846 (RJL)

ORDER

Upon consideration of the Motion to Admit *Pro Hac Vice* Mark H. M. Sosnowsky, it is hereby, this 28th day of April, 2008, ORDERED that the Motion be, and is, hereby GRANTED.

_____
United States District Judge

**COPIES TO BE SENT TO:**
Michael J. McManus, Esq.
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

Gerald Antonio Rovelo
915 Brockenbraugh Court
Metairie, LA 70005-1603

**RECEIVED**

APR 2 1 2008

JUDGE RICHARD LEON