IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fuentes-Fernandez & Company, PSC;** **Joseph Fuentes, CPA** <br><br> Plaintiffs <br><br> V. <br><br> **Caballero & Castellanos, PL; and** **Elias Castellanos,** <br><br> Defendants. | CIVIL NO: 07-00846 (RL) |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel hereby stipulate and agree that the law firm of Abrams & Abrams, P.A. and David S. Abrams, Esquire shall be substituted as counsel of record on behalf of Defendant Caballero & Castellanos, PL., subject to admittance <u>Pro Hac Vice</u> by the United States District Court for the District of Columbia, in the above styled case and that Gerald Antonio Rovelo, Esquire shall have no further responsibility herein.

David S. Abrams, Esq.
Abrams & Abrams, P.A.
9400 South Dadeland Blvd., PH-3
Miami, Florida 33156
Telephone: (305) 670-9104
Facsimile: (305) 670-2821
Email: dabrams@abramslaw.co

By: _____
David S. Abrams, Esq.
FBN: 884405

Gerald Antonio Rovelo, Esq.
915 Brockenbraugh Court
Metairie, LA 70005-1603
Telephone: (504) 754-2379
Facsimile: (504) 754-2440
Email: garovelo@cox.net

By: _____
Gerald Antonio Rovelo, Esq.
District of Columbia
Bar No.: 471798

Date: March 17, 2008