IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>                           Plaintiff,<br>v.<br><br>Cabellero & Castellanos, PL; and Elias Castellanos<br>                           Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

## MOTION FOR PRO HAC VICE ADMISSION OF DAVID ABRAMS, ESQUIRE

Ronald S. Canter, counsel for Defendants, moves the Admission Pro Hac Vice of David Abrams, Esquire, pursuant to the provisions of LCv 83.2(d) and as grounds therefore respectfully refers this Court to the attached declaration of David Abrams, Esquire.

WHEREFORE, your Defendants respectfully ask this Honorable Court enter an order granting Pro Hac Vice Admission to David Abrams, Esquire in this case.

**THE LAW OFFICES OF RONALD S. CANTER, LLC**

 /s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 321257
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: (301) 770-7490
Fax: (301) 770-7490
E-Mail: rcanter@roncanterllc.com

1

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing notice of Motion to Pro Hac Vice Admission of David Abrams, Esquire, was served upon the individuals listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 23rd day of May, 2008 to: Michael J. McManus, Esquire, Attorney for Plaintiff, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC 20005-1209.

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, Bar No. 321257
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>             Plaintiff,<br>v.<br><br>Cabellero & Castellanos, PL; and Elias Castellanos<br><br>             Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

### **DECLARATION OF DAVID ABRAMS, ESQUIRE**

The undersigned hereby declares and affirms under the penalties of perjury that the contents of the affidavit are true and correct:

1. That my full name is David Abrams.

2. That my office address is 9400 South Dadeland Blvd., PH-3, Miami, FL 33156-2823, and telephone number (305) 670-9104.

3. That I have been admitted to the Florida Bar since May 23, 1991. I am also admitted to practice in the United States District Court for the Southern District of Florida.

4. I certify that I have not been disciplined by any bar.

5. That I have not previously been admitted to practice Pro Hac Vice in this Court at any time.

1

6.     That I am not engaged in the practice of law from an office located in the District of Columbia.

Date: 5/23/08

_David S. Abrams, Esquire_

_Notary Public_

Witness my hand and official seal.

My Commission Expires: 8/17/2010

```
JACINDA B. ANDREWS
NOTARY PUBLIC
Montgomery County
Maryland
My Commission Expires Aug. 17, 2010
```

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>       Plaintiff,<br>v.<br><br>Cabellero & Castellanos, PL; and Elias Castellanos<br>       Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

## ORDER

Upon consideration of the Motion for Pro Hac Vice Admission of David Abrams, Esquire, it is this _____ day of _____, 2008,

ORDERED, that David Abrams, Esquire be, and hereby is admitted Pro Hac Vice as counsel of record to appear in Court proceedings on behalf of the Defendants in this case.

                _____
                JUDGE