IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC, <br><br> Plaintiff, <br><br> v. <br><br> Caballero & Castellanos, PL and Elias Castellanos, <br><br> Defendants. | CIVIL NO. 07-00846 (RL) <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION SEEKING EXTENSION OF TIME

Under the current scheduling order in this case (Minute Order at Feb. 14, 2008), all discovery was to be completed by June 3, 2008 and all dispositive motions were to be due by July 3, 2008. Scheduling conflicts have prevented one witness from being deposed, but the parties have recently resolved the scheduling conflicts and he is scheduled to be deposed on June 25. Given the pendency of this final deposition, the parties request an amendment to the Scheduling Order as follows:

Discovery will end June 26, 2008,

All pretrial dispositive motions will be filed by July 28, 2008.

The parties respectfully request that this Court grant their joint motion and extend discovery as stated above.

Respectfully submitted this 4th day of June, 2008, by:

*(signature)* /RVA
Michael J. McManus (D.C. Bar No. 263832)
Joaquin A. Marquez (D.C. Bar No. 158691)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone:   202-842-8800
Fax:         202-842-8465
Email:       Michael.McManus@dbr.com
             Joaquin.Marquez@dbr.com

*Attorneys for*
*Fuentes-Fernandez & Company, PSC*

*(signature)* /RVA
Ronald S. Canter (D.C. Bar No. 321257)
LAW OFFICES OF RONALD S. CANTER
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
Telephone:   301-770-7490
Fax:         301-770-7490
Email:       rcanter@roncanterllc.com

David S. Abrams (PHV)
ABRAMS & ABRAMS, P.A.
9400 South Dadeland Boulevard
Penthouse III
Miami, FL 33156
Telephone:   305-670-9104
Fax:         305-670-2821
Email:       dabrams@abramslaw.cc

*Attorneys for Caballero & Castellanos, PL and*
*Elias Castellanos*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008, a copy of the above and forgoing **Joint Motion Seeking Extension Of Time** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.


                                                                          s/Michael J. McManus
                                                                            Michael J. McManus

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Caballero & Castellanos, PL and Elias Castellanos,<br><br>　　　　　　　　　　Defendants. | CIVIL NO. 07-00846 (RL)<br><br>JURY TRIAL DEMANDED |

**ORDER**

THIS MATTER having come before the Court on the Joint Motion of the parties, the Court hereby directs the parties to complete all discovery by June 26, 2008 and file all pretrial dispositive motions by July 28, 2008.

　　DATED this _____ day of _____, 2008.


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Richard J. Leon
　　　　　　　　　　　　　　　　　United States District Court Judge