IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC,<br><br>    Plaintiff,<br><br>v.<br><br>Caballero & Castellanos, PL, et al.<br><br>    Defendants. | Civil Action No.:<br>1:07-cv-00846 (RJL) |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Plaintiff Fuentes-Fernandez & Company, PSC ("FFC"), by counsel, moves pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an extension of time for filing dispositive motions. Under the current schedule, dispositive motions are due on July 28, 2008. However, despite the fact that FFC filed timely discovery requests, several discovery issues remain unresolved, including Plaintiff's pending Motion to Compel. Plaintiff requires the requested information to properly prepare its own dispositive motion and any response to any motion that may be filed by Defendants. FFC respectfully asks the Court to extend the deadline for filing dispositive motions until September 15, 2008, with the expectation that all outstanding discovery issues will be resolved in advance of that date.

By:   /s/ Michael J. McManus
      Michael J. McManus (D.C. Bar No. 263832)
      Joaquin A. Marquez (D.C. Bar No. 158691)
      DRINKER BIDDLE & REATH LLP
      1500 K Street, N.W., Suite 1100
      Washington, D.C. 20005-1209
      Telephone:  202-842-8800
      Fax:  202-842-8465
      Email:  Michael.McManus@dbr.com
               Joaquin.Marquez@dbr.com

*Attorneys for Fuentes-Fernandez & Company, PSC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Caballero & Castellanos, PL, et al.<br><br>　　　　　　　　　Defendants. | Civil Action No.:<br>1:07-cv-00846 (RJL) |

## MEMORANDUM IN SUPPORT OF MOTION FOR
## EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS[*]

Plaintiff Fuentes-Fernandez & Company, PSC ("FFC") seeks an extension of time for filing dispositive motions in the hopes that discovery requests directed at Defendants – some of which have been outstanding since December 2007 – will be answered. FFC respectfully asks this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A), to extend the deadline for dispositive motions until September 15, 2008. At the same time, FFC's also asks the Court to grant its renewed motion to compel, which was filed on June 25, 2008 and is still pending, and direct Caballero & Castellanos, PL ("C&C") to comply with its obligations under the federal rules.

### ARGUMENT

Plaintiff filed the instant action on May 8, 2007. On December 28, 2007, pursuant to Fed. R. Civ. P. 33 and 34, FFC served its First Set of Interrogatories and First Set of Requests for Documents upon C&C's counsel by express delivery. On April 30, 2008, FFC served C&C with its Second Set of Document Requests. These discovery requests were timely served and allowed ample time for Defendants to respond.

---

[*] Pursuant to Local Rule 7(m), counsel for Plaintiff has consulted with counsel for Defendants and represents that Defendants have no objection to the extension of time.

Nevertheless, Defendants have responded sporadically, incompletely, and in some cases, not at all. Defendants have never responded to the interrogatories that Plaintiff propounded in December, and although FFC has received some responsive documents, other key documents that are in the possession of Defendants have yet to be received. Moreover, Plaintiff has not received any formal objections to its requests, or a privilege log.

Since early 2008, counsel for FFC has repeatedly sought to resolve the outstanding discovery issues with defense counsel, and when those efforts were unsuccessful, Plaintiff has diligently sought relief from the Court. On April 15, 2008, Plaintiff filed a motion to compel, and on June 25, 2008, Plaintiff renewed its motion to compel and sought attorneys fees. These motions are still pending before the Court.

Summary judgment motions are due on July 28, 2008. It is necessary for Plaintiff's counsel to receive all responsive discovery well in advance of that date in order to make a decision on how to proceed with the case. Accordingly, Plaintiff FFC respectfully asks the Court to compel discovery as requested in FFC's June 25, 2008 motion, and allow Plaintiff a reasonable time after receiving discovery to prepare its dispositive motions.

Respectfully submitted,

/s/ Michael J. McManus
Michael J. McManus (D.C. Bar No. 263832)
Joaquin A. Marquez (D.C. Bar No. 158691)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone:   202-842-8800
Fax:         202-842-8465
Email:       Michael.McManus@dbr.com
             Joaquin.Marquez@dbr.com

Dated: July 15, 2008

*Attorneys for Fuentes-Fernandez & Company, PSC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2008, a copy of the above and forgoing **Motion for Extension of Time to File Dispositive Motions** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case possessing a CM/ECF password. Service was made by first class mail, postage prepaid, on the following:

>David S. Abrams
>Abrams & Abrams, P.A.
>9400 South Dadeland Boulevard
>Penthouse III
>Miami, FL 33156

>/s/ Mark H. M. Sosnowsky
>Mark H. M. Sosnowsky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fuentes-Fernandez & Company, PSC,

           Plaintiff,

     v.

Caballero & Castellanos, PL, et al.

           Defendants.

Civil Action No.:
1:07-cv-00846 (RJL)

## ORDER

Upon consideration of Plaintiff Fuentes-Fernandez & Company, PSC's Motion for an Extension of Time to File Dispositive Motions, it is by the Court hereby **ORDERED** that the Motion is **GRANTED**. Dispositive Motions are due on September 15, 2008.

Entered this _____ day of July, 2008

_____
Judge Richard J. Leon
United States District Court for the District of Columbia