UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUENTES-FERNANDEZ & COMPANY, PSC, <br><br> Plaintiff, <br><br> v. <br><br> CABALLERO & CASTELLANOS, PL, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 07-0846 (RJL) <br> ) <br> ) <br> ) <br> ) |

**ORDER**
(July 18, 2008)

Plaintiff filed this civil action on May 8, 2007. On June 25, 2008, Plaintiff Fuentes-Fernandez & Company, PSC filed a Renewed Motion to Compel Discovery [Dkt. # 44]. As of the date of this Order, Defendant Caballeros & Castellanos, PL has not filed an opposition to this motion to compel. Accordingly, it is hereby

**ORDERED** that Defendant Caballeros & Castellanos, PL shall file a response, if any, to Plaintiff's Renewed Motion to Compel Discovery no later than five (5) days from entry of this Order. If the plaintiff fails to respond, the Court may treat the motion as conceded pursuant to Local Rule 7(b).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge