**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC,<br><br>                         Plaintiff,<br><br>       v.<br><br>Caballero & Castellanos, PL, et al.<br><br>                         Defendants. | Civil Action No.:<br>1:07-cv-00846 (RJL) |

## MOTION FOR ENTRY OF ORDER COMPELLING DISCOVERY

On July 18, 2008, the Court entered an Order directing Defendant Caballeros & Castellanos, PL to file a response to Plaintiff's Renewed Motion to Compel Discovery within five days. As no response has been filed, Plaintiff respectfully asks that the Court enter an Order directing Defendant to respond to the discovery requests within five days and to pay attorneys fees of $2,579 incurred as a result of Defendants' refusal to answer discovery.

Respectfully submitted,

By:  /s/ Michael J. McManus
       Michael J. McManus (D.C. Bar No. 263832)
       Joaquin A. Marquez (D.C. Bar No. 158691)
       DRINKER BIDDLE & REATH LLP
       1500 K Street, N.W., Suite 1100
       Washington, D.C. 20005-1209
       Telephone:   202-842-8800
       Fax:              202-842-8465
       Email:          Michael.McManus@dbr.com
                            Joaquin.Marquez@dbr.com

*Attorneys for Fuentes-Fernandez & Company, PSC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC, <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br> Caballero & Castellanos, PL, et al. <br><br>　　　　　　　Defendants. | Civil Action No.: <br> 1:07-cv-00846 (RJL) |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**ENTRY OF ORDER COMPELLING DISCOVERY**

On July 18, 2008, the Court ordered Defendant Caballeros & Castellanos, PL ("C&C") to file a response to Plaintiff's Renewed Motion to Compel Discovery within five days. Defendant has not done so, and has yet to produce the requested discovery.

Pursuant to Local Rule 7(b), if a party does not file an opposition by the date prescribed by the court, "the Court may treat the motion as conceded." Plaintiff's motion has been pending since April and Defendant C&C has offered no objection to the discovery requests, nor has it offered any explanation as to why the discovery requests cannot be answered. Plaintiff respectfully asks that the Motion to Compel be granted and that C&C be directed to provide discovery within five (5) days.

Additionally, Plaintiff asks that attorneys' fees be awarded for expenses incurred as a result of C&C's dilatory conduct. Federal Rule of Civil Procedure 37(a)(5) mandates that if a Motion to Compel is granted, "the court *must*, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that

conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." (emphasis added).

Rule 37 provides the only exception; attorneys fees may not be granted if "(i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action; (ii) the opposing party's nondisclosure, response, or objection was substantially justified; or (iii) other circumstances make an award of expenses unjust." Despite having had several opportunities to be heard, Plaintiff has failed to respond to the Motion or offered any reason why any of these exceptions are applicable in this case. *See* Fed. R. Civ. Proc. 37, Notes of Advisory Committee on 1993 amendments ("the phrase 'after opportunity for hearing' is changed to 'after affording an opportunity to be heard' to make clear that the court can consider such questions on written submissions as well as on oral hearings."). Accordingly, reasonable fees are appropriate.

As specified in the attached affidavit, attorneys fees in the amount of $2,579 are a reasonable amount incurred as a result of C&C's dilatory conduct. Plaintiff respectfully asks that C&C be ordered to pay $2,579 in fees.

Respectfully submitted,

  /s/   Michael J. McManus
Michael J. McManus (D.C. Bar No. 263832)
Joaquin A. Marquez (D.C. Bar No. 158691)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone:   202-842-8800
Fax:           202-842-8465
Email:        Michael.McManus@dbr.com
                Joaquin.Marquez@dbr.com

Dated: August 6, 2008

*Attorneys for Fuentes-Fernandez & Company, PSC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of August, 2008, a copy of the above and foregoing **Motion for Entry of Order Compelling Discovery** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all parties registered to receive such notice. The foregoing was also sent via first class mail to:

                David S. Abrams
                Abrams & Abrams, P.A.
                9400 South Dadeland Boulevard
                Penthouse III
                Miami, FL 33156


                    /s/Michael J. McManus
                    Michael J. McManus

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC,<br><br>                                  Plaintiff,<br><br>            v.<br><br>Caballero & Castellanos, PL, et al.<br><br>                                  Defendants. | Civil Action No.:<br>1:07-cv-00846 (RJL) |

**ORDER**

Upon consideration of Plaintiff Fuentes-Fernandez & Company, PSC's Motion for Entry of Judgment Compelling Discovery, it is by the Court hereby **ORDERED** that the Motion is **GRANTED.**

Defendant Caballeros & Castellanos, PL shall respond to all outstanding discovery requests within five days of the date of this Order, all objections thereto being waived; and,

Defendant Caballeros & Castellanos, PL is directed to pay, within five days of the date of this Order, $2,579 in fees as a result of the company's failure to comply with discovery requests.

Entered this _____ day of August, 2008

_____
Judge Richard J. Leon
United States District Court for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Caballero & Castellanos, PL, et al.<br><br>　　　　　　　　　Defendants. | Civil Action No.:<br>1:07-cv-00846 (RJL) |

## AFFIDAVIT OF MARK H. M. SOSNOWSKY

I, Mark H. M. Sosnowsky, Esq., state as follows:

1. I am over 18 years of age, competent to make this Affidavit, and have personal knowledge of the matters set forth in this Affidavit.

2. I am an associate at the law firm of Drinker Biddle & Reath LLP. I have personal knowledge of the facts stated in this Affidavit.

3. I am a 2004 graduate of Boston University School of Law and was a law clerk to the Honorable Judge Franklin Van Antwerpen on the United States Court of Appeals for the Third Circuit. I am in my third year of private practice and admitted to the bars of the District of Columbia, the State of New Jersey, and the Commonwealths of Pennsylvania and Massachusetts.

4. My colleague, Christopher Sabis, Esq. is a 2003 graduate of Georgetown University Law Center and was a law clerk for the Honorable Judge Joan Zeldon on the District of Columbia Superior Court – Civil Division and a law clerk for the Honorable Noël Anketell Kramer on the District of Columbia Court of Appeals. Mr. Sabis is in his third year of private practice and is admitted to the bars of the District of Columbia and the Commonwealth of Massachusetts.

5.  I spent no less than the following time in efforts related to Defendant Caballero & Castellanos's delinquent discovery responses:

| | | | |
|---|---|---|---|
| June 18, 2008 | Draft letter to opposing counsel outlining missing discovery | 0.8 hours @ $320/hour | $256 |
| July 15, 2008 | Researching, drafting, reviewing, revising, and finalizing Motion for Extension of Time to File Dispositive Motions | 2.1 @ $320/hour | $672 |
| August 4-6, 2008 | Researching, drafting, reviewing, revising, and finalizing Motion for Entry of an Order Compelling Discovery | 2.3 @ $320/hour | $736 |

6.  Mr. Sabis spent no less than the following time in efforts related to Defendant Caballero & Castellanos's delinquent discovery responses:

| | | | |
|---|---|---|---|
| June 24-25, 2008 | Researching, drafting, reviewing, revising, and finalizing Renewed Motion to Compel Defendant to Respond to First Set of Interrogatories and Document Requests and Second Document Requests | 3 hours @ $305/hour | $915 |

7.  Our client, Fuentes Fernandez & Company, incurred expenses of not less than $2,579 as a result of our efforts to compel Defendant Caballero & Castellanos's to respond to discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 6, 2008

_____
Mark H. M. Sosnowsky, Esq.