UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUENTES-FERNANDEZ & COMPANY, PSC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CABALLERO & CASTELLANOS, PL, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Case No. 07-0846 (RJL)<br>)<br>)<br>)<br>) |

**ORDER**
(August 5, 2008)

Plaintiff Fuentes-Fernandez & Company, PSC ("plaintiff") filed a Renewed Motion to Compel Discovery [Dkt. # 44] on June 25, 2008. By Order filed July 21, 2008, Defendant Caballeros & Castellanos, PL ("defendant") was advised of its obligation to file an opposition or other response to the motion, and that if it failed to respond within five (5) days, plaintiff's motion might be granted as conceded. To date, defendant has neither filed an opposition nor requested additional time to do so. Accordingly, it is hereby

**ORDERED** that the Renewed Motion to Compel Discovery [Dkt. # 44] filed by plaintiff is GRANTED as conceded. Defendant shall respond to all of plaintiff's pending discovery requests no later than ten (10) days from entry of this Order, all objections to said discovery requests are waived, and the discovery period is enlarged until five (5) days after plaintiff receives defendant's responses. It is further

**ORDERED** that defendant shall pay plaintiff's reasonable expenses incurred in making its renewed motion to compel, including attorney's fees. Plaintiff shall submit to defendant a statement of its reasonable expenses no later than ten (10) days from entry of this Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge