IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>                              Plaintiff,<br>           v.<br><br>Cabellero & Castellanos, PL and Elias Castellanos<br>                              Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Your Defendants, by and through counsel, with the consent of Plaintiff's counsel, move to Continue the Status Conference in this matter and as ground states as follows:

1. On August 20, 2008, this Court scheduled a Status Conference for this case for September 2, 2008 at 11:00 a.m.

2. The undersigned local counsel, who is tasked with appearing at preliminary matters in this case, has a previously scheduled trial on the morning of September 2, 2008 in Baltimore County, Maryland.

3. Undersigned counsel anticipates that he can arrive at Court no later than 1:00 p.m.

4. Plaintiff's attorney has consented to this motion, however has advised that the latest he can appear for this Status Conference is 2:30 p.m.

5. It is respectfully suggested that good cause has been shown to continue the Status Conference to either an afternoon date on September 2, 2008 between 1:00 p.m. and 2:30 p.m. or to another date if the timeframe listed above is not available.

WHEREFORE, your Defendants pray that their Motion to Continue Status Conference be granted.

1

THE LAW OFFICES OF RONALD S. CANTER, LLC

 /s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 321257
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: (301) 770-7490
Fax: (301) 770-7493
E-Mail: rcanter@roncanterllc.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individuals listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 21st day of August, 2008 to: Michael J. McManus, Esquire, Attorney for Plaintiff, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC 20005-1209 and David S. Abrams, Esquire 9300 SW 87th Street #5, Miami, FL 33176..

 /s/ Ronald S. Canter
Ronald S. Canter, Esquire, Bar No. 321257
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>                              Plaintiff,<br>           v.<br><br>Cabellero & Castellanos, PL and Elias Castellanos<br><br>                              Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

### **ORDER**

Upon consideration of the Consent Motion to Continue Status Conference, it is this _____ day of _____, 2008,

ORDERED, that the Status Conference scheduled for September 2, 2008 at 11:00 a.m. be and hereby is continued to _____, 2008 at ____ a.m./p.m.

_____
JUDGE