IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fuentes-Fernandez & Company, PSC;<br><br>　　　　　　　　　　　　Plaintiff,<br>　　　　v.<br><br>Cabellero & Castellanos, PL and Elias Castellanos<br>　　　　　　　　　　　　Defendants. | CIVIL NO. 1:07-cv-00846 (RJL) |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

　　　　Your Defendants, by and through counsel, with the consent of Plaintiff's counsel, move to Continue the Status Conference in this matter and as ground states as follows:

1.　　On September 4, 2008, this Court scheduled a Status Conference for this case for September 8, 2008 at 10:30 a.m.

2.　　The undersigned local counsel, who is tasked with appearing at preliminary matters in this case, has a previously hearing on a preliminary injunction in the Circuit Court for Montgomery County, Maryland on the morning of September 8, 2008 and cannot appear at the time set by the Court.

3.　　David Abrams, lead counsel for the Defendants has been unable to arrange to travel form his home in Miami, Florida on such short notice.

4.　　Plaintiff's attorney has consented to this motion.

　　　　WHEREFORE, your Defendants pray that their Motion to Continue Status Conference be granted.

1

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 321257
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: (301) 770-7490
Fax: (301) 770-7493
E-Mail: rcanter@roncanterllc.com
Attorney for Defendants

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individuals listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 5th day of September, 2008 to: Michael J. McManus, Esquire, Attorney for Plaintiff, Drinker Biddle & Reath, LLP, 1500 K Street, N.W., Suite 1100, Washington, DC 20005-1209 and David S. Abrams, Esquire 9300 SW 87th Street #5, Miami, FL 33176.

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, Bar No. 321257
Attorney for Defendants