UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FUENTES-FERNANDEZ & COMPANY, PSC, and | ) ) ) | |
| JOSEPH FUENTES, | ) ) ) | |
| Plaintiffs and Third-Party Plaintiffs, | ) ) ) ) | Civil Case No. 07-0846 (RJL) |
| v. | ) ) | |
| CABALLERO & CASTELLANOS, PL, | ) ) ) | |
| Defendants, Cross-Plaintiffs, and Third-Party Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| HOUSING AUTHORITY OF NEW ORLEANS and | ) ) ) | |
| DAVID GILMORE, TRUSTEE, | ) ) ) | |
| Cross- and Third-Party Defendants. | ) ) | |

ORDER
(March /8th, 2011)

For the reasons set forth above, it is this ___ day of March, 2011 hereby

ORDERED that the Defendants Housing Authority of New Orleans' ("HANO") and David Gilmore's ("Gilmore") Motion to Dismiss [Dkt. #70] is GRANTED, and it is further

1

ORDERED that the above-captioned case be dismissed as to Defendants HANO and Gilmore without prejudice.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge